Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED
JUL 11 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:          CLERK, U.S. BANKRUPTCY COURT

Re:          UNDISTRIBUTED FUNDS

Debtor:      STUART WELLS
             22647 VENTURA BLVD #337
             WOODLAND HILLS, CA 91364-1416

Case No.:    SV05-16440-VK

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

Payee:                                                            Amount:

STUART WELLS                                                      $ 442.99
22647 VENTURA BLVD. #337
WOODLAND HILLS, CA 91364


Dated:  July 08, 2011                             _Elizabeth J Rojas_____
                                                  Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA  91403

Check No.:       0833893
Check Date:      07/06/2011
Check Amt:          442.99

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0516440 | Claim #: 00000 | STUART WELLS | | 0.00 | 0.00 | 442.99 | 442.99 |
| | | TOTALS | | 0.00 | 0.00 | 442.99 | 442.99 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA  91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Jul 06, 2011
CHECK NO.: 0833893

CHECK AMOUNT
$********442.99

VOID AFTER 60 DAYS

WELLS, STUART

Case No: 0516440

PAY ONLY  **442.99**
FOUR FOUR TWO PERIOD NINE NINE

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $442.99

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0833893⑈ ⑆122044300⑆ 001⑉111690⑈